

DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
OCT 04 2012
CHRIS R. JOHNSON, CL

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS            PLAINTIFF

VS.           CASE NO. 12-3130

RITA F. STEBBINS AND DAVID D. STEBBINS           DEFENDANT

## COMPLAINT

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following complaint against the above-named defendants, who have the following address and phone number:

8527 Hopewell Rd.,
Harrison, AR 72601
870-743-4386

Both defendants can be served with process at that address.

1. My instincts tell me that the cause of action for this case is identity theft. However, there is a chance I may be mistaken that it is precisely identity theft. Pursuant to the precedent of Haines v. Kerner, 404 U.S. 519 (1972), I have the right, as a *pro se* litigant, for my pleadings to be held to less stringent standards than those drafted by attorneys.

2. It has come to my attention that, for the past four years, the Defendants – who are, biologically, my parents – have listed me as a dependent on their tax returns, despite either A) not paying my living expenses for that year, or B) only paying them for a part of that year, instead of a majority of it.

3. I know that this is illegal, and I believe that it is specifically identity theft. After all, the defendants...

    A) used my physical likeness (my name and social security number)

    B) without my knowledge or consent,

    C) to benefit themselves financially, and

      D) the unpaid living expenses can be the equivalent of reasonable royalties.

4.     As far as subject-matter jurisdiction is concerned, this Court has federal question jurisdiction because the actions complained about took place while the Defendants were filing their *federal* tax returns. Personal jurisdiction and venue are proper in this court, pursuant to 28 USC § 1391(b)(1).

5.     As far as relief is concerned, I seek $54,450 in compensatory damages. This is $10,830 in living expenses, over the five years that they have stolen my identity (or did whatever it is that their actions constitute). I also seek ten times that amount, or $544,500, in punitive damages, since there is simply no way that they *didn't* know that their actions were illegal.

    It is so humbly requested on this 2nd day of October, 2012.

*[signature]*
David Stebbins
123 W. Ridge, APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com