U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
OCT 10 2012
CHRIS R. JOHNSON, CLERK
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS                                                                    PLAINTIFF

VS.                                       CASE NO. 12-3130

DAVID D. STEBBINS AND RITA F. STEBBINS                        DEFENDANTS

## DEMAND FOR JURY TRIAL

Comes now, *pro se* Plaintiff David Stebbins.

Pursuant to Fed. R. Civ. P. Rule 38, I wish for all of the issues in this case to be tried by a jury of my peers.

So requested on this 8th day of October, 2012.

*David Stebbins*
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com