# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 12-3664

In re: David Anthony Stebbins

Petitioner

---

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:12-cv-03130-PKH)
(3:12-cv-03131-PKH)

---

**MANDATE**

In accordance with the judgment of November 13, 2012, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 13, 2012

Clerk, U.S. Court of Appeals, Eighth Circuit