UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 12-3664
_____

In re: David Anthony Stebbins

Petitioner

---

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:12-cv-03130-PKH)
(3:12-cv-03131-PKH)

---

**JUDGMENT**

Petition for writ of mandamus has been considered by the court and is denied.

Petitioner's motion to proceed *in forma pauperis* is granted.  Mandate shall issue forthwith.

November 13, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans