US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JUL 16 2013
CHRIS R. JOHNSON, Clerk
By
                    Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS                                                PLAINTIFF

VS.                         CASE NO. 12-3130

DAVID D. STEBBINS AND RITA F. STEBBINS                           DEFENDANT

## NOTICE OF APPEAL

Plaintiff David Stebbins, *pro se*, hereby submits the following Notice of Appeal in the above-styled action:

1. The Court abused its discretion in placing restrictions on my future lawsuit-filings.

2. The Court abused its discretion in refusing to recuse itself from the proceedings.

3. The Court erred in dismissing this action as frivolous.

So notified this 15th day of July, 2013.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

```
CPU  U.S. POSTAGE
     $ 1.52⁰
PB 1P 000   MAILED JUL 15 2013
3605515                  72601
```

U.S. District Court
35. E. Mountain St.
Room 510
Fayetteville, AR 72701

David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601