IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS                                                                            PLAINTIFF

v.                             CIVIL NO. 12-3130

RITA F. STEBBINS; and
DAVID D. STEBBINS                                                                         DEFENDANTS

## ORDER

Plaintiff has submitted a motion for leave to proceed *in forma pauperis* ("IFP")(Doc. 14) on appeal. The motion (Doc. 14) is granted.

IT IS SO ORDERED this 25th day of July 2013.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)