# UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

## APPEAL BRIEFING SCHEDULE ORDER

Appeal No.     13-2687   David Stebbins v. Rita Stebbins, et al

Date:          August 01, 2013

If the original file of the United States District Court is available for review in electronic format, the court will rely on the electronic version of the record in its review. The appendices required by Eighth Circuit Rule 30A shall not be required. In accordance with Eighth Circuit Local Rule 30A(a)(2), the Clerk of the United States District Court is requested to forward to this Court forthwith any portions of the original record which are not available in an electronic format through PACER, including any documents maintained in paper format or filed under seal, exhibits, CDs, videos, administrative records and state court files.

### FILING DATES:

**NOTE:** These dates may be advanced if a party files a brief early. The dates may also be extended if party obtains an extension of time. See FRAP 31(a).

Appellant Brief: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .09/10/2013
   ( **David Anthony Stebbins** )

Appellee not served

Please note the provisions of Eighth Circuit Rule 32A concerning the filing of briefs and reply briefs responding to multiple briefs.

**ALL BRIEFS MUST BE FILED WITH THE
ST. LOUIS OFFICE CLERK'S OFFICE**