U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

DEC 19 2013

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS     PLAINTIFF

VS.     CASE NO. 12-3130

DAVID D. STEBBINS AND RITA F. STEBBINS     DEFENDANT

### RENEWED NOTICE OF APPEAL

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following renewed Notice of Appeal in the above-styled action.

On November 25, 2013, this Court entered an order granting in part Plaintiff's Motion to Amend Judgment. However, the portion upon which Plaintiff offered to partially dismiss his appeal (allowing unhindered court access if he obtained the *endorsement* of an attorney) was denied. Therefore, Plaintiff has retained his appellate status.

Besides, there was one portion of the appeal that Plaintiff never offered to dismiss in the first place: The dismissal on the merits, where Judge Holmes frivolously and maliciously held that Plaintiff does not have the right to direct or receive compensation for the use of his name and physical likeness (namely, his social security number).. Since this ruling is frivolous and contrary to centuries of clearly established law, it needs to be overturned.

It is so notified on this 18th day of December, 2013.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com