U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
DEC 19 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS                                                       PLAINTIFF

VS.                           CASE NO. 12-3130

DAVID D. STEBBINS AND RITA F. STEBBINS                   DEFENDANT

### MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Motion for Leave to Appeal *In Forma Pauperis*.

Plaintiff's glasses were broken, and it is taking several weeks for his replacement pair to be created. Optometrist records are available upon request (preferably by email).

Because Plaintiff can barely see, and typing *anything* right now is uncomfortable because he has to put his face two inches in front of the screen, he asks to invoke the precedent of *Haines v. Kerner* and be allowed to file this relaxed-form motion.

Plaintiff asserts, under penalty of perjury, that no significant changes to his financial condition have occurred since he filed Document #14 in this case, and he wishes to incorporate that motion by reference. The only changes are to his bank account balance, which is fluctuating naturally as he uses his meager income to pay the costs of daily living, and thus, the *exact* changes are not noteworthy and would just be a waste of time.

Therefore, please renew the Court's previous order granting leave to appeal without payment in Document #16 of this case.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

David Stebbins
123 W. Ridge St.
Apt D
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701

7270135553

