# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
### WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

**35 E. Mountain, Room 510**  (479) 521-6980
**FAYETTEVILLE, ARKANSAS 72701**  FAX (479) 575-0774

## Notice to Counsel and Pro Se Parties re Appeal

On the 19th day of December, 2013, a Notice of Appeal was filed in the case listed below:

12-3130  STEBBINS  vs.  STEBBINS et al.

The instructions/forms indicated with an 'X' below are attached for your information/use:

_XX_   Notice of Appeal  (copy) (for non-registered CM/ECF parties)

_XX_   Clerk's docket entries  (for non-registered CM/ECF parties)

_____   NOA Supplement Form Sent to 8th Circuit Court of appeals (for non-registered CM/ECF parties)

_____   Transcript order form (if testimony was taken) (Complete separate form for each court reporter and/or ECRO if hearings held before different judicial officers.) File electronically with district clerk or conventionally, if non-registered party. **Note: CJA 24 forms must be submitted conventionally to the clerk's office**.

_____   Exhibit(s):
   _____Trial/pre-trial exhibits were retained by the court and **if designated**, will be forwarded by the clerk's office to the Court of Appeals.
   _____Trial/pre-trial exhibits have been returned to counsel and appellant should submit to the Court of Appeals pursuant to 8th Circuit L.R. 10A
.
_XX_   Other:  Copy of Motion to Appeal In Forma Pauperis

Christopher R. Johnson, Clerk