IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Case No. 14- 1632

in re David Stebbins ) on Petition for Writ of Mandamus
)
)

## PETITION FOR WRIT OF MANDAMUS AND REQUEST FOR IFP APPLICATION

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following petition for writ of mandamus.

### Relief Sought

Petitioner asks that the United States District Court for the Western District of Arkansas be ordered to pass judgment on the currently pending Application for Leave to Appeal *In Forma Pauperis* in Case No. 12-3130.

### Issues Presented

A renewed Notice of Appeal was filed in Case No. 12-3130 on December 19, 2013. Petitioner moved for leave to proceed on appeal *in forma pauperis*. However, even though the District Court has had nearly three months to grant that application, they have failed to do so.

### Facts

1. On July 3, 2013, the United States District Court for the Western District of Arkansas entered a patently unconstitutional order restricting Petitioner's future court access in Case No. 12-3130, as well as dismissing that case on the merits.

2. Petitioner appealed this order (the appeal was given Case No. 13-2687 in this court, but Petitioner also filed a motion to amend that order within the District Court. If the motion were

FILED
MAR 14 2014
MICHAEL GANS
CLERK OF COURT

granted precisely as Petitioner requested it, Petitioner offered to withdraw that portion of his appeal.

3. On November 12, 2013, this Court entered an order *sua sponte* dismissing the appeal, as it interpreted Petitioner's motion as one for relief of judgment, which stayed the Appellate Court's jurisdiction.

4. On December 19, 2013, Plaintiff filed a renewed Notice of Appeal and Application for Leave to Appeal *In Forma Pauperis* (see Case Nos. 12-3130, Doc. 23 - 24).

5. That was nearly three whole months ago (minus five days, as of the date that this petition is being drafted), and yet, the District Court has not granted it.

## Reasons for Issuing the Writ

6. The District Court for the Western District of Arkansas a long pattern of procrastination, only passing judgment on these issues when Petitioner finally resorts to petitioning for writs of mandamus. The pattern is outlined in the following table:

| # | Incident of procrastination | Mandamus 8th Cir. Case No. |
|---|---|---|
| 1 | Getting a ruling on the *in forma pauperis* application in the case of Stebbins v. Legal Aid of Arkansas | Case No. 11-2950 |
| 2 | Getting a ruling on the *in forma pauperis* application in Case No. 12-3022, Stebbins v. Boone County. | Case No. 12-1796 |
| 3 | The Motions for Partial Summary Judgment and to Compel Discovery in Case No. 12-3022, Stebbins v. Boone County. | Case No. 13-2677 |
| 4 | Getting a ruling on the *in forma pauperis* application in the case of Stebbins v. Watkins | Case No. 13-2943 |

7. Indeed, it appears as if the District Court intentionally waits for Petitioner to do this, and then, finally issuing their judgments only when these petitions are filed, for the sole purpose of frustrating Petitioner.

8. Because the District Court has clearly engaged in such a pattern, they should not only be

ordered to pass judgment this time, but also, ordered to cease and desist their procrastinating activities, since this Court has suffered by having to consider multiple petitions of what is *supposed* to be an extraordinary writ.

### Conclusion

9. Wherefore, premises considered, Petitioner respectfully requests that this Petition for Writ of Mandamus be granted.

10. Petitioner asks the District Court to provide him with an application for leave to proceed *in forma pauperis* in the above-styled action.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com