IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS                                                                                    PLAINTIFF

v.                                           CIVIL NO. 12-3130

RITA F. STEBBINS; and
DAVID D. STEBBINS                                                                                 DEFENDANTS

## ORDER

Plaintiff has submitted a motion for leave to appeal *in forma pauperis* ("IFP")(Doc. 24). The document is not on the IFP application form and does not set forth all information sought in the application. Furthermore, it is not submitted under penalty of perjury. Accordingly, the Clerk is directed to send the Plaintiff an IFP form (non-prisoner). Plaintiff is given until **April 9, 2014, to submit the completed IFP application.**

IT IS SO ORDERED this 21st day of March 2014.


/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)