IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS                                                                                        PLAINTIFF

v.                                         CIVIL NO. 12-3130

RITA F. STEBBINS; and
DAVID D. STEBBINS                                                                                   DEFENDANTS

### ORDER

Plaintiff has submitted a motion for leave to appeal *in forma pauperis* ("IFP")(Doc. 28). The document is incomplete. Plaintiff has indicated on page one that he receives Supplemental Security Income. However, he has failed to indicate the amount that he receives. Accordingly, the Clerk is directed to send the Plaintiff an IFP form (non-prisoner). Plaintiff is given until **April 15, 2014, to submit the completed IFP application.**

Further, the Clerk is directed to place a restricted filer case flag on this case.

IT IS SO ORDERED this 26th day of March 2014.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**