IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS

PLAINTIFF

v.                                        CIVIL NO. 12-3130

RITA F. STEBBINS; and
DAVID D. STEBBINS                                              DEFENDANTS

## ORDER

Plaintiff has submitted a motion for leave to proceed *in forma pauperis* ("IFP")(Docs.

24, 28, & 30). The motion (Docs. 24, 28, & 30) is granted.

IT IS SO ORDERED this 3rd day of April 2014.


/s/ *J. Marschewski*

 HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE