# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 14-1632
_____

In re: David A. Stebbins

Petitioner

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:12-cv-03130-PKH)
_____

**JUDGMENT**

The petition for writ of mandamus has been considered by the court and is denied.

Mandate shall issue forthwith.

May 01, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans