# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-1845

David Anthony Stebbins

Appellant

v.

Rita F. Stebbins and David D. Stebbins

Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:12-cv-03130-PKH)
_____

**MANDATE**

In accordance with the opinion and judgment of 09/26/2014, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 17, 2014

Clerk, U.S. Court of Appeals, Eighth Circuit