# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 02, 2015

Mr. Christopher R. Johnson
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR  72701-5354

RE:  14-1845  David Stebbins v. Rita Stebbins, et al

Dear Clerk:

Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

Michael E. Gans
Clerk of Court

SRD

Enclosure(s)

District Court/Agency Case Number(s):  3:12-cv-03130-PKH