# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

February 23, 2015

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

     Re:  David Anthony Stebbins
           v. Rita F. Stebbins, et al.
           No. 14-7643
           (Your No. 14-1845)

Dear Clerk:

     The Court today entered the following order in the above-entitled case:

     The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed.  See Rule 39.8.

Sincerely,

*[signature: Scott S. Harris]*

**Scott S. Harris**, Clerk