# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

## MEMORANDUM

**TO:**     Mr. Christopher R. Johnson

**FROM:**   Michael E. Gans, Clerk of Court

**DATE:**   March 10, 2015

**RE:**     14-1845  David Stebbins v. Rita Stebbins, et al

            District Court/Agency Case Number(s):   3:12-cv-03130-PKH

_____

   Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying ifp and dismissing the petition for certiorari in the above case.


SRD